# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**FLOYD THOMAS WILLIAMSON,**

**Petitioner,**

v.                                                    **Case No. 10-C-1124**

**DEIRDRE MORGAN,**

**Respondent.**

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

On January 19, 2011, the court entered an order dismissing the petitioner's petition for a writ of habeas corpus. (Docket No. 8.) Judgment was entered accordingly. (Docket No. 9.) Because this constitutes a "final order adverse to the applicant," in accordance with Rule 11 of the Rules Governing Section 2254 Cases, the court must now either issue or deny the petitioner a certificate of appealability. The court concludes that the petitioner has failed to make "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2254(c)(2), and therefore the court hereby denies the petitioner a certificate of appealability.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this <u>21st</u> day of January, 2011.

<u>s/AARON E. GOODSTEIN</u>
U.S. Magistrate Judge